IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20657
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID ALLAN REEVES,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-835-1
--------------------
February 6 2002

Before DUHÉ, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[1]

David Allan Reeves appeals his guilty-plea conviction for bank robbery and brandishing a firearm during a crime of violence. Reeves argues that the district court erroneously informed him that he faced a maximum three-year term of supervised release at his guilty-plea hearing, but then sentenced Reeves to five years of supervised release.

We have reviewed the record and the briefs submitted by the parties and hold that the district court's plea admonishment that Reeves faced a maximum three-year supervised release term was harmless error. See United States v. Bachynsky, 934 F.2d 1349, 1359-60 (5th Cir. 1991) (en banc).

AFFIRMED.

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.